UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
FEDERAL BUILDING & U.S. COURTS
222 WEST SEVENTH AVENUE # 4
ANCHORAGE, ALASKA 99513-7564
42 U.S.C § 1983 APPLICATION



RECEIVED
JUL 10 2015
Clerk, U.S. District Court
Anchorage, A.K.

**Plaintiff(s)**
Dr. Felix Guzman Rivadeneira on behalf of the
thousands of federal detainees and their families
here in United States of America and all over the world.

Vs.

Case # _____.

**Defendant(s)**
Department of Homeland Security (D.H.S.)
Department of Immigration Customs Enforcement (I.C.E.)
United States Attorney General
Chief Operator of the Detention Operation Manual
All the Warden of the Jail and Detention Centers contracted by I.C.E.
All the Service Processing Centers (SPCs)
All the Contract Detention Facilities (CDFs)
All the Intergovernmental Service Agreement Facilities (IGSA)

## IV. STATEMENT OF YOUR CLAIM

*A. State as briefly as possible that facts of your case. Describe how each named defendant is involved. Include the names of other persons, involved, dates and places. Describe specifically the injuries sustained. Do not give legal arguments or cite cases or statutes.*
*You may do that in Section "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Unrelated claims must be raised in a separate civil action.*

I want to make it very clear that I am not using this form to challenge my sentence: Deportation on June 26, 2014. I am doing this in behalf of the thousands of detainees and their families, which are suffering all the abuse, prejudice and discrimination which include denial of meaningful access to DHS-supported programs, activities, and services due to limited English proficiency. All these are the result of the fraud, corruption, mismanagement and misconduct produced by all the entities mentioned in my lawsuit, that is a negligent way over expense the taxpayer money of the United States of America. I divide them by topics:

**Topic # 1:** I (we) have been deprive of basic human needs and cruel and unusual punishment by all the entities listed in this lawsuit.

**Topic # 2:** I (we) have been a subject of deliberate indifference in my (our) medical needs from all the entities that I mention in this Lawsuit. I would like to mention:
    **a)** Medical Care in all he entities that I (we) mention has the following problems:
        Access to chronic and emergency medical care, like long delays prior to medically necessary surgical procedures; unresponsiveness to request from medical care (often termed "sick call") and dental extraction only-policies.
    **b)** Mental Health Care, I sorely lacking in jails and detention facilities: Among the several issues like medical care discussion: failure to transfer records; inadequate record keeping; intake health screening; medication verification and medication dispensation effect condition for mentally ill detainees.

1

| | |
|---|---|
| **Topic # 3:** | I (we) have been maliciously and sadistically, use force to cause harm from all the entities that I mention in this lawsuit. |
| **Topic # 4:** | I (we) have been incarcerated in a punishment way without due process of law. |
| **Topic # 5:** | I (we) have been incarcerated in the identical and similar confined conditions which are punitive and unconstitutional. |
| **Topic # 6:** | I (we) have been suffering from very bad living conditions like overcrowding, causing a high tension between detainees and guards and among detainees, increasing the risk of altercation and abuse. |
| **Topic # 7:** | I (we) have been suffering of punitive disciplinary procedure (segregation) that is widely abused. |
| **Topic # 8:** | I (we) have been suffering of physical, sexual and verbal abuse which is often discrimatory in nature. |
| **Topic # 9:** | I (we) have been suffering of inadequate access to meaningful grievance procedures and lack of review of detainee complaint, in addition to religious freedom. |
| **Topic # 10:** | I (we) have been suffering from physical, emotional, mental and psychological because the lack of oversight from Department of Homeland Security, Immigration Customs Enforcement and all the entities that I (we) have mention in this Lawsuit. |

**B. State Briefly your legal theory. You may cite appropriate authority.**

In correlation with the topics above the legal theory and the cite appropriate authorities are:

| | |
|---|---|
| **Topic # 1:** | Violation of the Eight Amendment: see in Helling v. McKinney, 509 U.S. 25, 31 - 32. Violation of the Fourteen Amendment (cruel and unusual punishment). |
| **Topic # 2:** | Violation of the Eight Amendment: see in Estelle v. Gamble, 429 U.S. 97, 10 (1976). |
| **Topic # 3:** | Violation of the Eight Amendment: see in Hudson, v. McMillan, 503 U.S. 1,9 (1992). |
| **Topic # 4:** | Violation of the Fifth Amendment: Due process clause. See Wong Wing v. United States 163 U.S. 228, 237 (1896). |
| **Topic # 5:** | See Jones v. Blanas, 393 F.3d 918 (9th Circ. 2004), cert denied, 126 S. Ct. 351 (2005). |

**From Topic # 6 to Topic # 10:**

    To understand these topics, I (we) need to talk about the Detention Operation Manual ("DOM"), which contained thirty- eight Detention Standards. These Detention Standards are applying to Service Processing Center (SPCs), Contract Detention Facilities (CDFs), and Intergovernmental Service Agreement (IGSA) facilities holding detainees for more than 72 hours.

    From topic # 6 to topic # 10, it is a clear violation of the international human rights that requires humane treatment of all persons in custody, regardless of alienage or the reason for their detention. (see Wilson v. The Philippines, UN Human Rights Committee, Case: 1062/2002 (2003).

    Whereas, the standards are theoretically mandatory for all SPCs and CDFs, the standards are merely guidelines that is why for all the IGSA facilities (IGSA facilities hold 80 percent of non-citizens in ICE custody) the Detention Standards are not binding under United States Law or regulations, making them practically unenforceable. (see www.nationalimmigrationproject.org/detention_petition_final.pdf).

I (we) want to you to considerate in these topics (from 6 to 10 ) a violation of Universal Declaration of Human Rights (UDHR), International Convent on Civil and Political Rights (ICCPR), Convention on the Elimination of All forms of Racial Discrimination (CERD) and the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT).

## V. RELIEF YOU REQUEST

*State briefly and exactly what you want the court to do for you. Use this space to request remedies for the injuries you complain about.*

I (we) would like for the all the entities involve in this Lawsuit and specially the United States Government to my (our) request and remedies are:

1) A motion to create a new law called: "T.O.D.O.S" (The Other Detainee Offer Status) - (see attached by Dr. Felix Guzman Proposal, letters to President Obama, diagrams). This new law will have: the stop mandatory detention and close all the "Detention Centers" until this new law is approved. In that way it will be a better use of the taxpayer money as the new law will be well-structured "Immigrations Jails". Dr. Guzman will volunteer his time to make sure that the transition will benefit of all the immigrants and the people of the United States of America instead of the enrichment of a few.

2) **Create these Immigration Detention Standards in compliance with Human Rights Principles.**

3) The United States government should require **GREATER TRANSPARENCY** in contracting, oversight, and access to information regarding detention operations. The current process for I.C.E. to contract with a county jail or prison is unknown.

4) An **Effective national oversight:** United States government should create a "layered approach", internal and external mechanisms of oversight the goal of safety and maintaining the human rights of persons in custody of ICE.

5) I (we) also for all these request the monetary compensation of **two hundred and ten billion dollars.**

*** Please see Exhibit A that is talking about all the difficulties (legal, environmental, health, etc) that I have during the preparation of these documents. ****

I declare under penalty of perjury that the foregoing is true and correct

Complaint signed this 6 day of July, 2015

                                                Signature of Plaintiff (s)
                                                Dr. Felix Guzman Rivadeneira
                                                A # 044666731
                                                M.C.J. ID # 122734
                                                McHenry County Jail
                                                2200 N. Seminary Ave
                                                Woodstock, IL 60098

J. WILLIAM RYAN BORGIA
M.C.S. ID # 122734
MCHENRY COUNTY JAIL
2200 N. SEMINARY AVENUE
WOODSTOCK, IL 60098

United States District Court
District of Alaska
222 West Seventh Avenue
Suite # 4
Anchorage, Alaska 99513-7564

LEGAL MAIL